

# In the Court of Criminal Appeals of Texas

No. PD-1076-24

ISAIAH KAIN SALAS-MARTINEZ, *Appellant*

v.

THE STATE OF TEXAS

On Appellant's Petition for Discretionary Review
From the First Court of Appeals
Harris County

*Per curiam*.

We granted Appellant's petition for discretionary review to consider whether Penal Code Section 46.02, which says it is unlawful for a person to carry a gun outside of his house, is unconstitutional in light of the Supreme Court's opinion issued in *New York State Rifle and*

*Pistol Association, Inc. v. Bruen*, 597 U.S. 1 (2022)? Having now examined the record and the briefs of the parties, we conclude that our decision to grant review in this particular case was improvident. We therefore dismiss Appellant's petition as improvidently granted.

**DELIVERED:**                                        January 15, 2026
**DO NOT PUBLISH**